

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. **2013 DVM 002212** |
| vs. | ISSUED BY: **FERN LR SADDLER** |
| **JAMES R BURKE** | |

### BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** DEFENDANT FAILED TO APPEAR FOR SHOWCAUSE HEARING
**Attempted Threats to Do Bodily Harm -Misd**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*
Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 2/3/2014.

| | |
|---|---|
| BAIL FIXED BY THE COURT | Superior Court of the District of Columbia |
| AT: **NO BOND** | BY: _Fern Saddler_ Judge/Magistrate Judge |

| | |
|---|---|
| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: | Signature of Arresting Officer |

A TRUE COPY
TEST: 2/3/14
Clerk, Superior Court of the District of Columbia
BY: _____ Deputy Clerk

FILED ___ ENTERED
LODGED ___ RECEIVED
JUL 28 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

CDFBW